UNITED STATES of America, Plaintiff—Appellee,

v.

Mario OCHOA–GARCIA, Defendant— Appellant.

No. 06–50627.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 27, 2008.

Carlos Arguello, Esq., Roger W. Haines, Jr., Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Andrew K. Nietor, Esq., Law Offices of Andrew K. Nietor, San Diego, CA, Vicki Marolt Buchanan, Esq., Newport Beach, CA, for Defendant–Appellant.

Before: LEAVY, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM **

Mario Ochoa–Garcia appeals from his jury-trial conviction and time-served sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ochoa–Garcia's counsel has filed a brief stating there are no grounds for re-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lief, along with a motion to withdraw as counsel of record. No other briefs have been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**